# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOTOTHERA, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　vs. <br><br>AMIR ORON & URI ORON, <br><br>　　　　　　　　Defendants. | **CASE NO. 07CV490 JLS (AJB)** <br><br> **ORDER (1) VACATING HEARING DATE & (2) SETTING BRIEFING SCHEDULE** |

　　Presently before the Court are defendants' motion to dismiss for lack of personal jurisdiction (Doc. No. 16), defendants' motion to dismiss for lack of subject matter jurisdiction, and in the alternative, on the grounds of forum non conveniens (Doc. No. 17), and defendants' motion to stay the case under the international abstention doctrine (Doc. No. 18).

　　This case was transferred to this Court on September 24, 2007. Good cause appearing, the Court **VACATES** the October 15th hearing date. The Court **SHALL CONTACT** the parties with the new hearing date in due course.

1   The briefing schedule shall remain unchanged. Plaintiff must file its opposition to these
2   motions by <u>October 1, 2007</u>. Defendants must file their reply brief by <u>October 8, 2007</u>.
3   **IT IS SO ORDERED.**

5   DATED: September 27, 2007

6   _Janis L. Sammartino_
    Honorable Janis L. Sammartino
7   United States District Judge